# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CHARLES KISER, individually; and, <br> CHRISTIAN MCCLAIN, individually, and <br> on behalf of a class of others similarly situated <br><br> Plaintiffs, <br><br> vs. <br><br> AIR METHODS CORPORATION and <br> ROCKY MOUNTAIN HOLDINGS, LLC, <br><br> Defendants. | Civil Action No. 1:20-CV-00801-JB-JHR |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Charles Kiser and Christian McClain, and Defendants, Air Methods Corporation and Rocky Mountain Holdings, LLC, by and through their respective counsel, hereby stipulate to the dismissal of the above-entitled action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the May 10, 2022 Settlement Agreement, with each party to bear its own costs and attorneys' fees.  The class, as alleged in the litigation, has not been certified pursuant to FRCP 23(e).

Dated: May 11, 2022.

Respectfully submitted,

*s/ Larry J. Montano*
Larry J. Montano
Julia Broggi
HOLLAND & HART LLP
110 N. Guadalupe, Suite 1
Santa Fe, NM 87501
Ph: (505) 988-4421
lmontano@hollandhart.com
jbroggi@hollandhart.com

*s/ Matthew J. Smith*
Matthew J. Smith (*pro hac vice*)
Jessica J. Smith (*pro hac vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Ph: (303) 295-8000
mjsmith@hollandhart.com
jjsmith@hollandhart.com

*ATTORNEYS FOR DEFENDANTS*

*s/ Dennis P. Murphy*
Dennis P. Murphy
303 Paseo de Peralta
Santa Fe, NM 87504
Ph: (505) 982-1873
dennis@dmurphysf.com

*s/ Richard J. Burke*
Richard J. Burke (*pro hac vice*)
QUANTUM LEGAL LLC
418 N. Bompart Ave
St. Louis, MO 63119
Ph: (312) 972-0680
richard@qulegal.com

*s/Edward L. White*
Edward L. White, Esq. (*pro hac vice*)
EDWARD L. WHITE, P.C.
829 East 33rd Street
Edmond, OK 73013
Ph: (405) 810-8188
ed@edwhitelaw.com

*s/ Patricio M. Serna*
Patricio M. Serna
2321 Brother Abdon Way
Santa Fe, NM 87505
Ph: (505) 660-5231
ret.jpserna@gmail.com

*s/ David C. Kramer*
David C. Kramer
LAW OFFICE OF DAVID C. KRAMER LLC
P.O. Box 4662
Albuquerque, NM 87196
Ph: (505) 545-8105
david@davidckramerlaw.com

*ATTORNEYS FOR PLAINTIFFS*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter.

*/s/ Julia Broggi*
Julia Broggi

18802010_v1