IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHARLES KISER, individually, and
CHRISTIAN MCCLAIN, individually and on
behalf of a class of others similarly situated,

    Plaintiffs,

vs.                                        No. CIV 20-0801 JB/JHR

AIR METHODS CORPORATION and
ROCKY MOUNTAIN HOLDINGS, LLC,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Stipulation of Dismissal With Prejudice, filed May 11, 2022 (Doc. 55)("Stipulated Dismissal"). In the Stipulated Dismissal, the parties jointly stipulate to dismiss with prejudice the case given their settlement agreement. See Stipulated Dismissal at 1. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment disposing of this case. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Class Action Complaint, filed August 11, 2020 (Doc. 1), is dismissed with prejudice; (ii) all claims are dismissed with prejudice; (iii) this case is dismissed with prejudice; and (iv) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Richard Burke
Quantum Legal LLC
St. Louis, Missouri

-- and --

Edward L. White
Edward L. White, P.C.
Edmond, Oklahoma

-- and --

Dennis P. Murphy
Santa Fe, New Mexico

-- and --

Patricio M. Serna
Santa Fe, New Mexico

-- and --

David C. Kramer
Law Office of David C. Kramer LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

Jessica J. Smith
Matthew Smith
Holland & Hart, LLP
Denver, Colorado

-- and --

Julia Broggi
Larry J. Montano
Holland & Hart, LLP
Santa Fe, New Mexico

    *Attorneys for the Defendants*